UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TREMAINE ALDON NEVERSON "aka" Trey Songz, an individual, TREY SONGZ PRODUCTIONS, LLC, a Delaware Limited Liability Company, KEVIN LILES, an individual, ATLANTIC RECORDING CORPORATION, a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-04275-SVW-SK<br><br>ORDER |

**ORDER GRANTING PLAINTIFF'S MOTION**

**FOR AN EXTENSION OF TIME**

Upon consideration of Plaintiff Jane Doe's Motion for an Extension of Time to File an Amended Complaint, the consent motion is GRANTED. Accordingly, (1) Plaintiff shall file an amended complaint by December 22, 2023; (2) Defendant shall file its answer or otherwise respond to Plaintiff's amended complaint by December 28, 2023.

IT IS SO ORDERED.

Dated: __December 15__, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON