## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-04275-SVW-SK | Date | June 5, 2025 |
|---|---|---|---|
| Title | Jane Doe v. Tremaine Aldon Neverson et al | | |

# JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER CLOSING CASE

      The Court, having issue an order dismissing the third amended complaint, and there being no action in this case since January 25, 2024, order the case be closed.

                                                         :

Initials of Preparer